UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCIE BYLER, Individually and as
Parent of BRITTNEY BYLER, minor,

      Plaintiff,

vs.                                  CASE NO.: 3:05CV96/RV/MD

CATAMARAN CRUISERS, and
GEORGE TYMOWCZAK,

      Defendants.
_____/

**ORDER APPROVING SETTLEMENT, AUTHORIZING DISBURSEMENT
OF FUNDS AND EXECUTION OF SETTLEMENT DOCUMENTS**

THIS MATTER came before the Court upon the parties' Joint Motion for Approval of Settlement filed herein seeking approval of settlement of the claims of Plaintiff, MARCIE BYLER, Individually and as Parent of BRITTNEY BYLER, minor, for the total sum of Seventy Thousand and no/100 Dollars ($70,000.00). The court having reviewed said motion along with all related exhibits, having reviewed the court file and being otherwise fully advised in the premises, and it appearing that such settlement is fair and reasonable and that the best interests of both Plaintiff and the minor child will be served by approval of said settlement, be it hereby

ORDERED AND ADJUDGED that:

1.      The parties' Joint Motion for Approval of Settlement is hereby ***granted***;

2.  The settlement in the amount of $70,000.00 is a fair and reasonable settlement for any and all claims of Plaintiff, either individually or in her representative capacity for the minor child, against the Defendant, CATAMARAN CRUISERS;

3.  Plaintiff, MARCIE BYLER, Individually and as Parent of BRITTNEY BYLER, minor, is authorized and directed to execute the Settlement Agreement and Release of All Claims of any and all claims of any kind or nature on behalf of herself individually and in her representative capacity as Parent of BRITTNEY BYLER, minor, attached to the parties' Joint Motion for Approval of Settlement as Exhibit "A" and any other necessary documentation to effectuate complete settlement between the parties, which shall forever discharge and release the Defendant, CATAMARAN CRUISERS, from any and all claims of any kind and nature, be they in an individual or representative capacity on behalf of the minor, arising out of the subject boating accident that occurred on May 29, 2004, in exchange for this settlement;

4.  The settlement proceeds in the amount of $70,000.00 shall be divided and/or apportioned as follows:

| | | |
|---|---|---|
| a. | Attorneys Fees to David A. Simpson, Esq. | $ 23,331.00 |
| b. | Costs advanced by David A. Simpson, Esq. | $     939.13 |
| c. | Marcie Byler, Individually, for loss of time and reimbursement of medical expense | $  1,480.25 |
| d. | Medical lien(s) | $  9,249.62 |

|   |   |   |
|---|---|---|
| e. | Structured Settlement approximate net present value | $ 35,000.00 |
|   | **TOTAL SETTLEMENT** | **$ 70,000.00** |

5. The Court waives the formal requirement of a guardianship of any proceeds, including waiver of any guardianship bond, as all funds to be paid to the minor will be made after reaching her age of majority from American General Life Insurance Company pursuant to a structured settlement according to the following terms after her eighteenth (18th) birthday:

> The benefits to be received by Brittney Byler will be $911.11 payable monthly, guaranteed for 4 years beginning February 25, 2016 with the last guaranteed payment on January 25, 2020; $7,500.00 guaranteed lump sum payment on February 25, 2024; and $20,462.65 guaranteed lump sum payment on February 25, 2029. The total pay-out of $71,695.93 under the structured settlement has an approximate net present value of $35,000.00.

6. Plaintiff is hereby directed and ordered to file a Notice of Voluntary Dismissal in the form attached as Exhibit "B" to the parties' Joint Motion for Approval of Settlement upon completion of the terms of this order as stated above, which dismissal shall operate as an adjudication on the merits with each party bearing their own attorneys fees and costs; and

7. The Court reserves jurisdiction for the entry of such other and further orders as are necessary and proper.

DONE AND ORDERED in Chambers at Pensacola, Escambia County, Florida this 5th day of August, 2005.

/s/ *Roger Vinson*
ROGER VINSON
Senior United States District Judge

Copies furnished to:
David A. Simpson, Esq.
Peter S. Roumbos, Esq.